**Christopher J. REED, Plaintiff–Appellee**

v.

**Shawn J. HARRISON; Officer Gary W Collins, Defendants–Appellants.**

No. 07–11101.

United States Court of Appeals, Fifth Circuit.

April 21, 2009.

James M. Murphy, Dallas, TX, for Plaintiff–Appellee.

Ronald Bradford Neighbor, Michael John Betz, City Attorney's Office, for the City of Garland, Garland, TX, for Defendants–Appellants.

Before HIGGINBOTHAM, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.